UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MALIK MIAH,                                                                JUDGMENT

                      Plaintiff,                       21-CV-01632 (KAM)(TAM)

  v.

HILLSIDE HOTEL LLC and
SHAN SINGH TINNA,
                Defendants.
-----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on December 10, 2021; and Defendants Hillside Hotel LLC and Shan Singh Tinna, having offered to allow judgment in this action to be taken against them and in favor of Plaintiff Malik Miah, in the total sum of thirty thousand dollars and zero cents ($30,000.00), inclusive of reasonable attorney's fees and costs accrued as of this date and apportioned to the legal representation of Plaintiff; it is

      ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Malik Miah and against Defendants Hillside Hotel LLC and Shan Singh Tinna in the total sum of thirty thousand dollars and zero cents ($30,000.00), inclusive of reasonable attorney's fees and costs accrued as of this date and apportioned to the legal representation of Plaintiff.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       December 14, 2021                                    Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                Deputy Clerk